PD-0510-15

APPEAL No.
IN THE FIFTH COURT OF
APPEALS AT DALLAS, TEXAS
KEVIN LAMONT GARDEN
VS.
THE STATE OF TEXAS
APPELLEE

APPEAL OF CAUSE NUMBER F10-57354-S

FROM THE 283TH JUDICIAL DISTRICT COURT OF

DALLAS COUNTY, TEXAS.

FILED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION OF TIME TO FILE

APPELLANT'S PRO SE BRIEF OR RESPONSE TO ANDER'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW KEVIN LAMONT GARDEN, APPELLANT PRO SE, AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILING HIS BRIEF OR RESPONSE BY THIRTY DAYS. IN SUPPORT, APPELLANT WOULD SHOW THE FOLLOWING:

I.

ON OCTOBER 17, 2013, THE JUDGE FOUND APPELLANT GUILTY OF AGGRAVATED ROBBERY WITH A DEADLY WEAPON. THE JUDGE ASSESSED PUNISHMENT AT 12 YEARS IMPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

II.

ON APRIL 9, 2015, APPELLANT RECEIVED NOTICE BY MAIL THAT HIS APPEAL ATTORNEY FILED AN ANDERS BRIEF ON HIS BEHALF AND NOTICE THAT APPELLANT HAD A RIGHT TO FILE A PRO SE BRIEF OR RESPONSE TO THE ANDERS BRIEF.

III

ON APRIL 3, 2015, THE APPELLATE RECORD WAS FIRST MADE AVAILABLE TO APPELLANT. THE DEADLINE FOR FILING APPELLANT'S BRIEF OR RESPONSE IS MAY 3, 2015.

IV.

THIS IS APPELLANT'S FIRST REQUEST FOR EXTENSION. APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASON: LIMITED ACCESS TO UNIT LAW LIBRARY TO A FEW HOURS A DAY, LIMITED LEGAL KNOWLEDGE, NO COURT HEARING RECORDERS THEREBY SLOWING DOWN MY RESEARCH.

## V.

For the ~~action~~ reasons stated above, Appellant respectfully requests an additional thirty days to complete the pro se brief or response in support of Appellant's appeal.

## VI.

Appellant prays that the court grant this motion and extend the time to file Appellant's prose brief or response by thirty days, extending the deadline to July 3, 2015.

Respectfully Submitted,

Kevin Garden

Appellant, Pro Se

Kevin Lamont Garden
TDCJ #01892440
Beadshaw Unit
P.o. Box 9000
Henderson, Texas 75653

## Certificate of Service

I here by certify that on April 15, 2015, a true and correct copy of appellant's motion for extension to file his brief or response was mailed to the Court of Criminal Appeals by U.S. first class mail addressed to P.O. Box 12308 Austin, Texas 78711.

_____

Appellant, Pro se

I, Kevin Lamont Garden, TDCJ # 1892440, being presently incarcerated in the Bradshaw State Jail Unit of the Texas Department of Criminal Justice - Institutional Division in Rusk County, Texas verify and declare under penalty of perjury that the fore going statements are true and correct. Executed on this the ____ Day of April, 2015.

_____

TDCJ # 1892440